407 A.2d 382

## CARMICHAELS AREA SCHOOL DISTRICT, Appellant,

v.

## CARMICHAELS AREA EDUCATION ASSOCIATION, Appellee.

Supreme Court of Pennsylvania.

Argued Sept. 24, 1979.

Decided Oct. 23, 1979.

Reargument Denied Nov. 20, 1979.

James Hook, Hook & Hook, Waynesburg, for appellant.

Ronald N. Watzman, Pittsburgh, for appellee.

Michael I. Levin, Cleckner & Fearen, Harrisburg, for Amicus Curiae Pa. School Boards Assn.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO, LARSEN and FLAHERTY, JJ.

## OPINION

PER CURIAM:

Order affirmed.